■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ORTIZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on May 19, 1977, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Evans, J. P., Fein, Lane, Markewich and Sandler, JJ.